81,111-01

C.C.A.

To whom it may concern, we had a flood on my section of our unit and some of my legal papers were destroyed. I was able to salvage most but my writ of habeas corpus 11.07. I'm in hopes yall can assist me by sending a very much needed copy?

Thank you for your time

Sincerely
Doug Acree #1468939

Doug Acree
B/C unit
9601 Spur 591
Amarillo, Tx
79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk